IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS PLAZA,

    Petitioner,

v.

R. GROUNDS, Warden,

    Respondent.

    No. C 11-4277 WHA (PR)

    **ORDER OF DISMISSAL**

    This pro se habeas action was filed on August 30, 2011. On that same day, petitioner was notified that he had neither paid the filing fee nor filed an application for leave to proceed in forma pauperis. The notice informed petitioner that if he did not either pay the fee or file an IFP application within thirty days the case would be dismissed. No response has been received. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

    **IT IS SO ORDERED.**

Dated: October  26 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\PLAZA4277.DFP.wpd